IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALIK N MARTIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00094-CAR |
| | * |
| TAMARTHA LAMBERT et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 16th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk